UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH HILL, for himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br>Minnesota corporation,<br><br>　　　　Defendant. | No. 13-CV-41-FHS<br><br>ORDER ON PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |

This matter having come before the Court on the motion of Plaintiff to dismiss his case without prejudice, the Court having reviewed the motion, IT IS HEREBY ORDERED that for the reasons set forth in Plaintiff's Motion to Dismiss Without Prejudice, the Complaint is dismissed in its entirety with without prejudice, and the instant Motion to Dismiss is Granted.

IT IS SO ORDERED.

Dated this 9th day of May, 2013.

　　　　　　　　　　　　　　　　　　_Frank H. Seay_
　　　　　　　　　　　　　　　　　　Frank H. Seay
　　　　　　　　　　　　　　　　　　United States District Judge